UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>    Plaintiff,<br><br>        v.<br><br>CAPTAIN MOORE, *et al.*,<br><br>    Defendants. | No. CV 13-9522 PSG (FFM)<br><br>ORDER OF DISMISSAL |

On May 4, 2015, the Court struck the order permitting plaintiff to proceed without prepayment of full filing fee. The Court warned plaintiff that failure to pay the fee within THIRTY DAYS from the date of the order would result in dismissal of this case. More than THIRTY DAYS have now passed, and the fee has not been paid.

Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.

IT IS SO ORDERED.

DATED: 6/16/15

                                                                   _____
                                                                   PHILIP S. GUTIERREZ
                                                                   United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
United States Magistrate Judge